Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ian H. Levin | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 340 | **DATE** | 2/27/2001 |
| **CASE TITLE** | H. vs. Lansing Public Schools Dist No. 158 | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ■ Status hearing set for 4/6/2001 at 9:30 A.M..

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] **Enter memorandum opinion and order. Motion by defendant to dismiss [19-1] is granted.**

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | 4 | **Document Number** |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | FEB 28 2001 | |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | docketing deputy initials | 26 |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | 2/27/2001 | |
| | | courtroom deputy's initials | date mailed notice | |
| SM | | 01 FEB 27 PM 5:00 | SM | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

JOSHUA H., by his parents and next )
friends, Mr. And Mrs. H. )
    Plaintiff, )
     )
v. )    Case No. 00 C 340
     )
LANSING PUBLIC SCHOOLS, )    Magistrate Judge Ian H. Levin
DISTRICT NO. 158 )
    Defendants. )
     )

## MEMORANDUM OPINION AND ORDER

This cause coming on to be heard on the Defendant's motion to dismiss, the matter having been fully briefed and the Court being fully advised in the premises, the Court finds and orders as follows:

The only issues over which the Court has subject matter jurisdiction relate to the June 1, 1999 order pertaining to the provision of an extended school year. The subject December 17, 1999 order is currently on appeal in whole or part to the Circuit Court of Cook County. To the extent the amended complaint raises additional issues relating to the December 17, 1999 order, the amended complaint is premature and must be dismissed. Rule 12(b)(1) F.R.C.P.

It bears noting that the Defendant expressly concedes that until a final judicial

decision is rendered as to the December 17, 1999 order/appeal, the 120 day "statute of limitation for filing a claim for attorney's fees and costs does not begin to run" relative thereto. The Court agrees and so finds. *Dell v. Board of Education to High School District113,* 32 F3d 1053, 1063, 1064 (7th Cir. 1994).

Date: February 27, 2001   ENTER:

*[signature: Ian H. Levin]*

Ian H. Levin
United States Magistrate Judge

2